IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SABRINA LLOYD-ADAMS, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-137 (WLS) |
| | * |
| ROBERT KELSCH AND KYLE STEPHENSON, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 14, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of July, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk